IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-HC-02239-M-RJ

| | |
|---|---|
| SOMCHAI NOONSAB, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>COMMISSIONER TODD ISHEE, )<br>)<br>Respondent. ) | ORDER |

On June 26, 2025, Somchai Noonsab ("petitioner"), a state inmate, filed *pro se* in the United States District Court for the Western District of North Carolina what that court construed as a petition for a writ of habeas corpus under 28 U.S.C. § 2254. See Pet. [D.E. 1].

On November 17, 2025, the action was transferred to this court. Order [D.E. 7].

On November 20, 2025, the court directed petitioner to refile his petition on the forms prescribed for use by the court, and warned him that the action may be dismissed without prejudice for failure to prosecute if he failed to correct this deficiency within 21 days. See Order [D.E. 9].

Despite filing other documents [D.E. 10, 11], petitioner failed to comply with the court's prior order in the time allowed. Thus, the court DISMISSES WITHOUT PREJUDICE the action for failure to prosecute, see Ballard v. Carlson, 882 F.2d 93, 95–96 (4th Cir. 1989); DENIES a Certificate of Appealability, see 28 U.S.C. § 2253(c); Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); and DIRECTS the clerk to close the case.

SO ORDERED this 17th day of December, 2025.

*Richard E Myers II*
RICHARD E. MYERS II
Chief United States District Judge